No. 94. ACREE ET AL. *v.* AIR LINE PILOTS ASSN. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Thomas L. Carter, Jr.,* and *Warren S. Gritzmacher* for petitioners. *Samuel J. Cohen* for Air Line Pilots Assn., and *W. Glen Harlan, E. Smythe Gambrell,* and *Charles A. Moye, Jr.,* for Eastern Air Lines, Inc., respondents.

No. 98. AMELL ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Lee Pressman* and *David Scribner* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl, Alan S. Rosenthal,* and *Robert E. Kopp* for the United States.

No. 119. KAPATOS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Julius Lucius Echeles* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 141. COHEN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Abraham Glasser* for petitioner. *Aaron E. Koota* and *William I. Siegel* for respondent.